IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABITIBI-CONSOLIDATED INC., and<br>BOWATER INCORPORATED<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-1912<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Abitibi-Consolidated Inc.

Dated: Washington, DC
October 23, 2007

                                                        Respectfully submitted,

                                                        PAUL, WEISS, RIFKIND, WHARTON &
                                                        GARRISON LLP

                                                        By: /s/ Joseph J. Simons
                                                        Joseph J. Simons (DC Bar No. 376168)
                                                        Danielle Monnig Clark (DC Bar No. 5018567)
                                                        1615 L Street, NW, Suite 1300
                                                        Washington, DC 20036

                                                        Attorneys for Abitibi-Consolidated Inc.