IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>           Plaintiff,                )   Case No.: Civil Action No. 07-1912<br>                                     )<br>                                     )   Judge: Hon. Rosemary M. Collyer<br>     v.                              )<br>                                     )   Deck Type: Antitrust<br>ABITIBI-CONSOLIDATED INC., and       )<br>BOWATER INCORPORATED                 )   Date Stamped:<br>                                     )<br>                                     )<br>                                     )<br>           Defendants.               )<br>_____) | |

### ABITIBI-CONSOLIDATED INC. AND BOWATER INCORPORATED JOINT CERTIFICATION OF COMPLIANCE WITH TUNNEY ACT REQUIREMENTS

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g) (the "Tunney Act"), Defendants Abitibi-Consolidated Inc. ("Abitibi") and Bowater Incorporated ("Bowater") make the following disclosure of written and oral communications concerning the proposed Final Judgment. In addition to communications by counsel of record for Abitibi and/or Bowater alone with employees of the Department of Justice, which are exempt from disclosure under 15 U.S.C. § 16(g), the following persons have had the following communications on behalf of Abitibi and/or Bowater concerning the proposed Final Judgment in this action that was filed on October 23, 2007:

1.  On September 11, 2007, Abitibi's counsel of record and employees from the Department of Justice traveled to Abitibi's Snowflake mill and met with Gordon Cole of Abitibi and Abitibi

senior mill management to discuss topics relating to the Snowflake mill and the proposed Final Judgment with the Department of Justice.

2.     On September 17, 2007, Abitibi's counsel of record, Stephanie Leclaire of Abitibi, Pierre Rougeau of Abitibi, Gordon Cole of Abitibi, Sylvain-Yves Longval of Abitibi and Viateur Camire of Abitibi participated in a conference call with employees of the Department of Justice relating to the terms of the proposed Final Judgment.

3.     On October 1, 2007, Abitibi's counsel of record, Bowater's counsel of record, Stephanie Leclaire of Abitibi and Duane Owens of Bowater participated in a conference call with employees of the Department of Justice relating to the terms of the proposed Final Judgment.

4.     On October 3, 2007, Abitibi's counsel of record, Bowater's counsel of record, Stephanie Leclaire of Abitibi, Pierre Rougeau of Abitibi, Ronald Lindsay of Bowater and William Harvey of Bowater attended a meeting at the Department of Justice with employees of the Antitrust Division and discussed the terms of the proposed Final Judgment.

5.     On October 10, 2007, Abitibi's counsel of record and Stephanie Leclaire of Abitibi participated in a conference call with employees of the Department of Justice relating to the terms of the proposed Final Judgment.

Dated: Washington, DC
October 26, 2007

        Respectfully submitted,

        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

        By: /s/ Joseph J. Simons

        Joseph J. Simons (DC Bar No. 376168)
        Danielle Monnig Clark (DC Bar No. 5018567)
        1615 L Street, NW, Suite 1300
        Washington, DC 20036

        Attorneys for Abitibi-Consolidated Inc.

        HUNTON & WILLIAMS

        By: /s/ R. Hewitt Pate

        R. Hewitt Pate (DC Bar No. 473598)
        1900 K Street, NW
        Washington, DC 20006

# CERTIFICATE OF SERVICE

I hereby certify that, on this 26th day of October, 2007, I caused the foregoing Joint Certification of Abitibi Consolidated Inc. and Bowater Incorporated to be served on the persons listed below by electronic mail and by hand delivery.

**Counsel for Plaintiff United States of America**

Karl D. Knutsen
Rebecca A. Permutter
United States Department of Justice
Antitrust Division
Litigation I Section
1401 H Street, NW, Suite 4000
Washington, DC 20530

*Danielle Monnig Clark*
Attorney for Abitibi Consolidated Inc.