UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO.:    1:07-cv-01912 |
| vs. | ) | Assigned To: Collyer, Rosemary M. |
| | ) | Assign. Date: 10/23/2007 |
| ABITIBI-CONSOLIDATED, INC. | ) | Description:    Antitrust |
| and BOWATER INCORPORATED, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

MOTION OF NEWSPAPER ASSOCIATION OF AMERICA
FOR LEAVE TO APPEAR AS AMICUS CURIAE
PURSUANT TO 15 U.S.C. § 16(f)(3)

Introduction

The Newspaper Association of America ("NAA") respectfully moves the Court

for leave to participate in the Court's Tunney Act proceedings for the purpose of filing a

brief and introducing new evidence on the question of whether the proposed Consent

Decree filed by the United States of America is in the public interest. NAA would like to

participate as amicus curiae pursuant to 15 U.S.C. § 16(f)(3), but if the Court determines

NAA must move to intervene in this matter before it can introduce evidence, NAA will

do so.

Members of NAA Are the Primary Victims of Any Anticompetitive
Actions Resulting from the AbitibiBowater Merger

NAA is a nonprofit organization representing the newspaper industry. NAA

members account for nearly 90 percent of daily newspaper circulation in the United

States. Nondaily newspapers, educators, university newspapers, press associations, and

suppliers/vendors are also members. *See* Declaration of René P. Milam, Esq., at ¶ 2, attached hereto as Exhibit A. NAA serves the newspaper industry in a number of ways, including advocating and communicating the views and interests of newspapers to all levels of government and supporting the newspapers' interests in economic and First Amendment issues. *Id.* at ¶ 3.

United States daily newspapers are the primary purchasers of newsprint produced by North American newsprint mills, accounting for about 80 percent of the newsprint consumed in the United States and about 70 percent of the newsprint consumed in North America during 2007. Declaration of René P. Milam, Esq., at ¶ 4. As the primary consumers of newsprint, the newspaper members of NAA are the entities most directly affected by the merger between Abitibi-Consolidated, Inc. and Bowater Incorporated. They will bear the major brunt of any anticompetitive output reductions and price increases that result from the merger.

The Tunney Act's Sixty-Day Comment Period

The Tunney Act directs the Government to file its proposal for a consent decree with the District Court and to publish its proposal in the Federal Register at least sixty days prior to the effective date of the proposed consent decree. 15 U.S.C. § 16(b). During this sixty-day period the public has the opportunity to comment on the proposal. *Id.* The Government "may request and the court may grant" additional time to receive and consider written comments, though the request must be made during the sixty-day period. 15 U.S.C. § 16(d). Then, "[a]t the close of the period during which such comments may be received, the United States shall file with the district court and cause to be published in the Federal Register a response to such comments." *Id.*

The Government filed a complaint against Abitibi and Bowater and a Competitive Impact Statement on October 23, 2007. The Competitive Impact Statement contains the Government's proposal for a Consent Decree.

The Government published the required notice in the Federal Register on November 8, 2007, which began the running of the statutory sixty-day comment period. The sixty-day period expired on January 7, 2008. NAA filed its comment with the Department of Justice on January 2, 2008.

It has been nearly three months since the end of the sixty-day period, and the Government has not filed, published, or responded to the public comments. Moreover, the Government has not requested either an extension of time in which to receive comments or an extension of time to respond to the comments it has received.

Public Interest Determination

The Tunney Act directs the Court to determine whether the proposed consent decree is in the public interest by considering the competitive impact of the proposal and "the impact of the entry of the proposal upon competition in the relevant market or markets, upon the public generally and individuals alleging specific injury from the violations set forth in the complaint including consideration of the public benefit, if any, to be derived from a determination of the issues at trial." 15 U.S.C. § 16(e)(1)(A) and (B).

The Tunney Act specifies that in making its public interest determination the Court may do any or all of the following:

> (1) **take testimony** of Government officials or experts or such **other expert witnesses, upon motion of any party or participant** or upon its own motion, as the court may deem appropriate;

3

> (2) **appoint a special master** and such outside consultants or expert witnesses as the court may deem appropriate; and request and obtain the views, evaluations, or advice of any individual, group or agency of government with respect to any aspects of the proposed judgment or the effect of such judgment, in such manner as the court deems appropriate;
>
> (3) **authorize full or limited participation in proceedings before the court by interested persons or agencies, including appearance amicus curiae, intervention as a party** pursuant to the Federal Rules of Civil Procedure, examination of witnesses or documentary materials, or participation in any other manner and extent which serves the public interest as the court may deem appropriate;
>
> (4) **review any comments including any objections** filed with the United States under subsection (d) of this section concerning the proposed judgment and the responses of the United States to such comments and objections . . . . .

15 U.S.C. § 16(f) (emphasis added).

### As a Result of the Merger, AbitibiBowater Has Significantly Increased the Price of Newsprint

Prior to the completion of their merger on October 29, 2007, Abitibi and Bowater were the first and second largest newsprint companies in North America. The Government claimed in its Competitive Impact Statement that the divestiture of a single newsprint mill would be sufficient to prevent a merged AbitibiBowater from acting anticompetitively. Despite the claims of the government that the proposed relief would be sufficient to prevent anticompetitive conduct by the merged firm, the merger has already had a devastating effect on the newspaper industry. As a result of the merger, prices have risen dramatically, and the terms under which newsprint producers sell newsprint have become much more rigid. NAA seeks leave to show the Court that, among other things, the Government's predictions as to the adequacy of the proposed remedies in its Competitive Impact Statement have already been proven to be seriously

inaccurate and that further anticompetitive price increases are likely unless adequate relief is obtained.

In the time since the Government filed its proposed consent decree and the sixty-day comment period closed, AbitibiBowater has raised the price of newsprint by $60 per metric tonne during the first quarter of 2008 by shutting down 600,000 tonnes of newsprint capacity, which is about 5 percent of total newsprint capacity in North America. The merger has also resulted in an additional price increase of $25 per metric tonne. Prior to the filing of the proposed settlement and the merger of Abitibi and Bowater, North American newsprint producers had been unable to implement a $25 per tonne increase announced for September 2007. By early December, however, about a month after the merger was completed, that price increase was successfully implemented. Together, these two price increases, totaling $85 per metric tonne, represent about a 15 percent increase over the October pre-merger price of $560 per tonne.

After the closure of the public comment period on January 7, AbitibiBowater announced a second $60 per tonne increase, which is to be implemented during the second quarter of 2008. AbitibiBowater's announcement was quickly matched by other North American newsprint producers, which, including AbitibiBowater, account for more than 80 percent of North American newsprint capacity. If this second $60 price increase is successfully implemented in the second quarter of 2008, the AbitibiBowater merger will result in a total price increase of $145 per metric tonne or about 26 percent in the 8 months following the completion of the merger on October 29, 2007. These anticompetitive price increases show that the Government's proposed relief was completely inadequate to prevent anticompetitive conduct by a merged AbitibiBowater.

*See* Letter dated March 10, 2008, from Alan Marx to Karl Knutsen, attached hereto as Exhibit B.

Resolution of the important issues presented by the proposed consent decree and the determination of whether it is in the public interest significantly impact the newspaper industry, giving NAA a substantial interest in this matter. Unless the Court permits NAA to participate in the Tunney Act proceedings, AbitibiBowater's second $60 per tonne price increase announced for the second quarter of 2008 may not otherwise come to the Court's attention and factor into the Court's public interest determination.

Conclusion

NAA has a compelling interest in this litigation and can provide an important perspective for the Court's consideration that may not be provided in any other way. NAA respectfully requests that it be granted leave to participate in the Tunney Act proceedings by introducing evidence, filing a brief, and being heard at the hearing, or in a proceeding before a Special Master, if one is appointed, as amicus curiae. In the alternative, should the Court determine NAA must move to intervene in this matter before it can introduce evidence, NAA will do so.

Dated: April 2, 2008                    Respectfully submitted,


                                        _Alan L. Marx_
                                        Alan. L. Marx
                                        (pro hac vice motion pending)
                                        Steven C. Douse
                                        (pro hac vice motion pending)
                                        Mark E. Hunt
                                        (pro hac vice motion pending)
                                        KING & BALLOW
                                        1100 Union Street Plaza
                                        315 Union Street
                                        Nashville, Tennessee  37201
                                        (615) 259-3456


                                        _____
                                        Mohammad A. Syed
                                        (D.D.C. Bar No. 476315)
                                        KING & BALLOW
                                        1100 Union Street Plaza
                                        315 Union Street
                                        Nashville, TN 37201
                                        (615) 259-3456

                                        Counsel for Newspaper Association
                                        of America

## CERTIFICATE OF SERVICE

I, Mohammad A. Syed, one of the attorneys for Newspaper Association of

America, certify that on April 8, 2008, the foregoing Motion for Leave to Appear as

Amicus Curiae was served on the following parties via electronic mail:

*Counsel for Plaintiff*

Karl D. Knutsen, Esq.
U.S. Department of Justice
Antitrust Division, Litigation II
1401 H Street, NW
Suite 4000
Washington, DC 20530
(202) 514-0976
karl.knutsen@usdoj.gov

*Counsel for Defendant*

Joseph J. Simons, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
(202) 223-7300
jsimons@paulweiss.com

_____
Mohammad A. Syed
(D.D.C. Bar. No. 476315)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
(615) 259-3456

Counsel for Newspaper Association
of America

# Exhibit A

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CASE NO.:   1:07-cv-01912** |
| **vs.** | ) | **Assigned To: Collyer, Rosemary M.** |
| | ) | **Assign. Date: 10/23/2007** |
| **ABITIBI-CONSOLIDATED, INC.** | ) | **Description:   Antitrust** |
| **and BOWATER INCORPORATED,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |
| | ) | |

**DECLARATION OF RENÉ P. MILAM IN SUPPORT OF APPLICATION OF
NEWSPAPER ASSOCIATION OF AMERICA FOR LEAVE TO FILE BRIEF AS
AMICUS CURIAE  PURSUANT TO 15 U.S.C. § 16(f)(3)**

I, René P. Milam, do hereby declare:

1.     I am the Vice President and General Counsel of the Newspaper Association of America ("NAA").  I make this Declaration in support of the Application of NAA for leave to file a brief as amicus curiae pursuant to 15 U.S.C. § 16(f)(3).

2.     NAA is a nonprofit organization representing the newspaper industry. NAA members account for nearly ninety percent of the daily newspaper circulation in the United States and a wide range of nondaily U.S. newspapers.  Educators, university newspapers, press associations and suppliers/vendors also are members.  *See* screen shot from NAA's website, attached hereto as Exhibit 1.

3.     NAA serves the newspaper industry in a number of ways, including advocating and communicating the views and interests of newspapers to all levels of government and supporting the newspapers' interests in economic and First Amendment

issues. Because NAA members have a compelling interest in this matter, NAA can provide the Court with a perspective and analysis of the proposed relief that differs from that of the merging parties or the Government.

4.    United States daily newspapers are the primary purchasers of newsprint produced by North American newsprint mills, accounting for about 80 percent of the newsprint consumed in the United States and about 70 percent of the newsprint consumed in North America during 2007. *See* "North American Newsprint Statistics Monthly Bulletin," Pulp and Paper Products Council, December 2007 at 2, attached hereto as Exhibit 2.

5.    Resolution of the important issues implicated by the proposed consent decree profoundly impact the newspaper industry, and so NAA, on behalf of its members, has a substantial interest in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 7, 2008

René P. Milam, Esq.

2

# Exhibit 1



**NEWSPAPER ASSOCIATION OF AMERICA**
Advancing Newspaper Media for the 21st Century

## Who We Are

- About NAA
- Staff Directory
- NAA Careerbank
- Advertise With NAA

## Our Members

- Member Types
- Awards Programs
- Federation Leadership

## Our Partners

- NAA Foundation
- Newspaper Technical Solutions
- Newspaper National Network (NNN)
- American Society of Newspaper Editors (ASNE)
- IFRA

### About NAA

NAA is a nonprofit organization representing the $55 billion newspaper industry. NAA members account for nearly 90 percent of the daily circulation in the United States and a wide range of nondaily U.S. newspapers. NAA also has many Canadian and International members. Educators, university newspapers, press associations and suppliers/vendors also are members. The Association focuses on six key strategic priorities that collectively affect the newspaper industry: marketing, public policy, diversity, industry development, newspaper operations and readership.

NAA was formed on June 1, 1992, by the merger of seven associations serving the newspaper industry.

The associations included the American Newspaper Publishers Association (founded in 1887), the Newspaper Advertising Bureau, the Association of Newspaper Classified Advertising Managers, the International Circulation Managers Association, the International Newspapers Advertising and Marketing Executives, the Newspaper Advertising Co-op Network, and the Newspaper Research Council.

Today, NAA serves the newspaper industry in strategic efforts to:

- Retain or build advertising share in all categories and improve newspapers' sales and marketing capabilities.
- Advocate and communicate the views and interests of newspapers to all levels of government and support newspapers' interest in First amendment issues.
- Encourage a diverse work force and reflect diversity in newspaper products.
- Provide research analysis and practical guidance on long-term competitive developments in order to ensure continued revenue growth through new products and business development.
- Provide technological guidance to enable newspapers to effectively serve their readers and advertisers.

NAA maintains close, cooperative relations with other newspaper and journalism organizations, and is a member of the World Association of Newspapers, the World Press Freedom Committee and the International Press Telecommunications Council.

Leading NAA and the newspaper industry are 2007-2008 Chairwoman Susan Clark-Johnson, President, Newspaper Division of Gannett Co., Inc.

*Tour the new NAA.org*

© 2008 Newspaper Association of America | Privacy Policy | Terms of Service | Advertise with NAA

# Exhibit 2

## North American Newsprint Statistics
## Monthly Bulletin

### December 2007

**N.A. Mill Inventories**
000's tonnes at month end



**U.S. Consumer Inventories**
All Users - 000's tonnes at month end



000s tonnes

| North America | December | | | 12 months | | |
|---|---|---|---|---|---|---|
| | 2007 | 2006 | Change | 2007 | 2006 | Change |
| Production | 884 | 1 011 | -12.6% | 11 110 | 11 864 | -6.4% |
| Operating Rate | 90% | 94% | | 93% | 94% | |
| | | | | | | |
| Total Shipments | 878 | 1 031 | -14.8% | 11 069 | 11 847 | -6.6% |
| To Canada | 83 | 81 | 2.8% | 1 029 | 1 074 | -4.2% |
| United States | 625 | 721 | -13.3% | 7 634 | 8 532 | -10.5% |
| Overseas | 171 | 229 | -25.6% | 2 406 | 2 242 | 7.3% |
| | | | | | | |
| U.S. Consumption | | | | | | |
| All Users | 647 | 764 | -15.4% | 7 844 | 8 767 | -10.5% |
| Dailies | 505 | 626 | -19.3% | 6 266 | 7 027 | -10.8% |

| Newsprint Stocks | December 2007 | November 2007 | October 2007 | December 2006 | Change from | |
|---|---|---|---|---|---|---|
| | | | | | month ago | year ago |
| N.A. Mills | 367 | 362 | 394 | 326 | 6 | 41 |
| U.S. Dailies | 622 | 637 | 654 | 753 | -14 | -130 |

This report was prepared by the Pulp and Paper Products Council on behalf of the Newsprint Producers Association as a service to the industry's customers worldwide.

© Pulp and Paper Products Council, 2008.  Reproduction by any means, in whole or in part, and use in any electronic device or network is strictly prohibited and requires the written permission of the copyright owner.

1200 McGill College Avenue, Suite 1000, Montreal QC, CANADA  H3B 4G7   T +1 514.861.8828   F +1 514.866.4863
Rue des Colonies 11, Suite 111, 1000 Brussels, BELGIUM   T +32 2.517.6082   E general@pppc.org

# N.A. Production and Shipments
## (000s tonnes)

### PRODUCTION

| N.A. Mills | 2007 | 2006 | 2005 | U.S. Mills | 2007 | 2006 | 2005 | Can. Mills | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 1 013 | 1 059 | 1 116 | | 411 | 425 | 442 | | 601 | 635 | 674 |
| F | 905 | 944 | 998 | | 361 | 368 | 387 | | 544 | 576 | 611 |
| M | 947 | 996 | 1 096 | | 357 | 395 | 417 | | 590 | 601 | 679 |
| A | 956 | 1 022 | 1 077 | | 374 | 416 | 420 | | 582 | 606 | 657 |
| Ma | 943 | 1 001 | 1 071 | | 368 | 396 | 407 | | 575 | 606 | 665 |
| J | 931 | 954 | 1 016 | | 369 | 369 | 393 | | 562 | 585 | 623 |
| Ju | 982 | 1 015 | 1 090 | | 397 | 412 | 427 | | 585 | 603 | 664 |
| Au | 942 | 971 | 1 052 | | 372 | 377 | 397 | | 571 | 594 | 655 |
| S | 813 | 948 | 1 007 | | 346 | 378 | 382 | | 467 | 571 | 625 |
| O | 906 | 991 | 1 092 | | 379 | 407 | 434 | | 527 | 584 | 657 |
| N | 888 | 952 | 1 013 | | 366 | 380 | 389 | | 522 | 572 | 624 |
| D    -12.6% | 884 | 1 011 | 1 033 | -13.5% | 363 | 420 | 397 | -12.0% | 521 | 591 | 636 |
| | | | | | | | | | | | 0 |
| Year    -6.4% | 11 110 | 11 864 | 12 662 | -5.8% | 4 464 | 4 741 | 4 892 | -6.7% | 6 646 | 7 122 | 7 770 |

### OPERATING RATE (production as a % of capacity)

| N.A. Mills | 2007 | 2006 | 2005 | U.S. Mills | 2007 | 2006 | 2005 | Can. Mills | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 94 | 94 | 95 | | 95 | 95 | 95 | | 93 | 94 | 95 |
| F | 95 | 95 | 97 | | 95 | 96 | 96 | | 95 | 95 | 98 |
| M | 93 | 94 | 98 | | 90 | 96 | 98 | | 95 | 93 | 97 |
| A | 94 | 95 | 96 | | 92 | 96 | 95 | | 96 | 95 | 96 |
| Ma | 94 | 95 | 95 | | 96 | 97 | 96 | | 93 | 94 | 95 |
| J | 95 | 94 | 95 | | 97 | 94 | 96 | | 93 | 94 | 94 |
| Ju | 93 | 93 | 94 | | 95 | 94 | 96 | | 93 | 93 | 93 |
| Au | 95 | 94 | 95 | | 97 | 96 | 95 | | 94 | 93 | 94 |
| S | 86 | 93 | 94 | | 93 | 96 | 93 | | 81 | 91 | 94 |
| O | 92 | 91 | 96 | | 96 | 94 | 97 | | 89 | 89 | 95 |
| N | 90 | 93 | 96 | | 95 | 95 | 95 | | 87 | 91 | 97 |
| D | 90 | 94 | 96 | | 94 | 96 | 96 | | 87 | 93 | 96 |
| Year | 93 | 94 | 96 | | 95 | 95 | 96 | | 91 | 93 | 95 |

### SHIPMENTS - ALL DESTINATIONS

| From N.A. | 2007 | 2006 | 2005 | From U.S. | 2007 | 2006 | 2005 | From Can. | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 926 | 1 036 | 1 081 | | 402 | 428 | 441 | | 524 | 608 | 640 |
| F | 838 | 917 | 989 | | 354 | 362 | 378 | | 484 | 555 | 611 |
| M | 962 | 1 053 | 1 133 | | 358 | 401 | 426 | | 603 | 652 | 707 |
| A | 924 | 1 001 | 1 068 | | 370 | 408 | 406 | | 554 | 594 | 661 |
| Ma | 971 | 976 | 1 059 | | 375 | 386 | 397 | | 596 | 590 | 662 |
| J | 945 | 985 | 1 074 | | 366 | 376 | 423 | | 579 | 609 | 650 |
| Ju | 922 | 969 | 1 039 | | 375 | 405 | 425 | | 547 | 564 | 613 |
| Au | 923 | 988 | 1 043 | | 384 | 374 | 384 | | 559 | 614 | 659 |
| S | 892 | 939 | 1 057 | | 365 | 372 | 389 | | 527 | 567 | 667 |
| O | 968 | 979 | 1 058 | | 403 | 416 | 430 | | 564 | 563 | 628 |
| N | 921 | 974 | 1 036 | | 360 | 388 | 393 | | 560 | 585 | 642 |
| D    -14.8% | 878 | 1 031 | 1 045 | -10.6% | 374 | 419 | 399 | -17.7% | 504 | 612 | 646 |
| | | | | | | | | | | | 0 |
| Year    -6.6% | 11 069 | 11 847 | 12 681 | -5.6% | 4 468 | 4 733 | 4 893 | -7.2% | 6 600 | 7 114 | 7 788 |

### SHIPMENTS TO N.A.

| From N.A. | 2007 | 2006 | 2005 | From U.S. | 2007 | 2006 | 2005 | From Can. | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 782 | 862 | 877 | | 369 | 383 | 398 | | 413 | 479 | 479 |
| F | 682 | 776 | 802 | | 322 | 335 | 350 | | 360 | 440 | 453 |
| M | 736 | 842 | 889 | | 322 | 360 | 384 | | 414 | 482 | 505 |
| A | 736 | 812 | 836 | | 331 | 369 | 357 | | 405 | 443 | 479 |
| Ma | 743 | 799 | 853 | | 329 | 353 | 347 | | 414 | 447 | 505 |
| J | 713 | 798 | 845 | | 318 | 343 | 370 | | 395 | 455 | 475 |
| Ju | 725 | 793 | 852 | | 328 | 358 | 377 | | 397 | 435 | 474 |
| Au | 700 | 780 | 834 | | 310 | 339 | 348 | | 390 | 441 | 486 |
| S | 667 | 752 | 833 | | 312 | 333 | 347 | | 354 | 419 | 486 |
| O | 747 | 809 | 868 | | 350 | 379 | 382 | | 397 | 430 | 487 |
| N | 724 | 782 | 844 | | 321 | 348 | 356 | | 403 | 433 | 488 |
| D    -11.7% | 708 | 802 | 861 | -11.9% | 329 | 373 | 360 | -11.6% | 378 | 428 | 500 |
| | | | | | | | | | | | 0 |
| Year    -9.8% | 8 663 | 9 605 | 10 194 | -7.8% | 3 941 | 4 273 | 4 378 | -11.4% | 4 722 | 5 332 | 5 816 |

### SHIPMENTS TO OVERSEAS

| From N.A. | 2007 | 2006 | 2005 | From U.S. | 2007 | 2006 | 2005 | From Can. | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 144 | 174 | 205 | | 34 | 45 | 43 | | 110 | 129 | 162 |
| F | 156 | 142 | 187 | | 32 | 27 | 28 | | 124 | 115 | 159 |
| M | 225 | 211 | 244 | | 36 | 41 | 42 | | 189 | 169 | 202 |
| A | 189 | 189 | 232 | | 40 | 39 | 49 | | 149 | 151 | 182 |
| Ma | 228 | 177 | 206 | | 46 | 33 | 50 | | 182 | 144 | 156 |
| J | 232 | 187 | 229 | | 48 | 33 | 53 | | 184 | 154 | 176 |
| Ju | 197 | 177 | 187 | | 47 | 47 | 48 | | 150 | 129 | 139 |
| Au | 223 | 208 | 208 | | 54 | 35 | 35 | | 168 | 173 | 173 |
| S | 225 | 187 | 224 | | 53 | 39 | 42 | | 173 | 148 | 182 |
| O | 221 | 171 | 189 | | 53 | 37 | 48 | | 167 | 133 | 141 |
| N | 196 | 192 | 192 | | 39 | 40 | 37 | | 157 | 152 | 155 |
| D    -25.6% | 171 | 229 | 185 | -0.1% | 45 | 45 | 39 | -31.8% | 126 | 184 | 146 |
| | | | | | | | | | | | 0 |
| Year    7.3% | 2 406 | 2 242 | 2 487 | 14.7% | 527 | 460 | 515 | 5.4% | 1 879 | 1 782 | 1 972 |

## N.A. Demand, U.S. Consumption and Consumer Stocks
### (000s tonnes)

**N.A. DEMAND AND SOURCES OF SUPPLY**

| N. A. Demand | 2007 | 2006 | 2005 | From U.S. | 2007 | 2006 | 2005 | From Can. | 2007 | 2006 | 2005 | Imports (1) | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 788 | 879 | 891 | | 369 | 383 | 398 | | 413 | 479 | 479 | | 6 | 16 | 14 |
| F | 687 | 784 | 822 | | 322 | 335 | 350 | | 360 | 440 | 453 | | 6 | 9 | 20 |
| M | 748 | 856 | 899 | | 322 | 360 | 384 | | 414 | 482 | 505 | | 12 | 14 | 10 |
| A | 738 | 821 | 859 | | 331 | 369 | 357 | | 405 | 443 | 479 | | 2 | 9 | 23 |
| Ma | 753 | 818 | 869 | | 329 | 353 | 347 | | 414 | 447 | 505 | | 10 | 19 | 17 |
| J | 719 | 807 | 868 | | 318 | 343 | 370 | | 395 | 455 | 475 | | 5 | 10 | 23 |
| Ju | 732 | 808 | 862 | | 328 | 358 | 377 | | 397 | 435 | 474 | | 6 | 16 | 10 |
| Au | 705 | 793 | 850 | | 310 | 339 | 348 | | 390 | 441 | 486 | | 5 | 13 | 15 |
| S | 674 | 762 | 850 | | 312 | 333 | 347 | | 354 | 419 | 486 | | 7 | 10 | 16 |
| O | 750 | 820 | 881 | | 350 | 379 | 382 | | 397 | 430 | 487 | | 4 | 11 | 13 |
| N | 736 | 791 | 857 | | 321 | 348 | 356 | | 403 | 433 | 488 | | 11 | 9 | 13 |
| D  -11.5% | 714 | 807 | 876 | -11.9% | 329 | 373 | 360 | -11.6% | 378 | 428 | 500 | 13.3% | 7 | 6 | 150 |
| Year  -10.3% | 8 745 | 9 747 | 10 383 | -7.8% | 3 941 | 4 273 | 4 378 | -11.4% | 4 722 | 5 332 | 5 816 | -42.2% | 82 | 142 | 190 |

| U.S. Demand | 2007 | 2006 | 2005 | From U.S. | 2007 | 2006 | 2005 | From Can. | 2007 | 2006 | 2005 | Imports (1) | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 706 | 795 | 808 | | 366 | 380 | 395 | | 334 | 398 | 398 | | 6 | 16 | 14 |
| F | 612 | 700 | 745 | | 320 | 333 | 348 | | 287 | 358 | 378 | | 6 | 9 | 20 |
| M | 660 | 759 | 807 | | 320 | 357 | 381 | | 328 | 388 | 416 | | 12 | 14 | 10 |
| A | 648 | 730 | 768 | | 328 | 366 | 354 | | 318 | 355 | 390 | | 2 | 9 | 23 |
| Ma | 665 | 720 | 774 | | 327 | 351 | 345 | | 328 | 351 | 413 | | 10 | 19 | 17 |
| J | 632 | 717 | 774 | | 316 | 341 | 367 | | 311 | 366 | 384 | | 5 | 10 | 23 |
| Ju | 649 | 722 | 777 | | 326 | 355 | 374 | | 317 | 352 | 393 | | 6 | 16 | 10 |
| Au | 620 | 707 | 760 | | 307 | 336 | 346 | | 308 | 358 | 399 | | 5 | 13 | 15 |
| S | 591 | 675 | 757 | | 310 | 331 | 345 | | 274 | 334 | 396 | | 7 | 10 | 16 |
| O | 658 | 725 | 781 | | 347 | 376 | 379 | | 308 | 338 | 389 | | 4 | 11 | 13 |
| N | 643 | 698 | 757 | | 318 | 346 | 354 | | 314 | 342 | 391 | | 11 | 9 | 13 |
| D  -13.1% | 631 | 727 | 780 | -12.0% | 327 | 371 | 358 | -14.8% | 298 | 350 | 406 | 13.0% | 6 | 6 | 150 |
| Year  -11.0% | 7 716 | 8 673 | 9 288 | -7.8% | 3 910 | 4 243 | 4 345 | -13.2% | 3 724 | 4 289 | 4 753 | -42.3% | 82 | 142 | 190 |

| Can. Demand | 2007 | 2006 | 2005 | From U.S. | 2007 | 2006 | 2005 | From Can. | 2007 | 2006 | 2005 | Imports (1) | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 83 | 84 | 83 | | 2.9 | 2.8 | 2.8 | | 80 | 81 | 81 | | 0.0 | 0.0 | 0.0 |
| F | 75 | 84 | 77 | | 2.1 | 2.2 | 2.2 | | 73 | 82 | 75 | | 0.0 | 0.0 | 0.0 |
| M | 88 | 97 | 92 | | 2.3 | 2.7 | 2.8 | | 86 | 94 | 89 | | 0.0 | 0.0 | 0.0 |
| A | 90 | 91 | 92 | | 2.6 | 3.0 | 2.7 | | 87 | 88 | 89 | | 0.0 | 0.0 | 0.0 |
| Ma | 89 | 98 | 95 | | 2.0 | 1.9 | 2.9 | | 87 | 96 | 92 | | 0.0 | 0.0 | 0.0 |
| J | 87 | 91 | 94 | | 2.4 | 2.1 | 3.5 | | 84 | 89 | 90 | | 0.0 | 0.0 | 0.0 |
| Ju | 82 | 86 | 85 | | 2.5 | 3.0 | 3.4 | | 80 | 83 | 81 | | 0.0 | 0.0 | 0.0 |
| Au | 86 | 86 | 89 | | 2.8 | 2.7 | 2.5 | | 83 | 84 | 87 | | 0.0 | 0.0 | 0.0 |
| S | 82 | 87 | 92 | | 2.5 | 2.1 | 2.2 | | 80 | 85 | 90 | | 0.0 | 0.0 | 0.0 |
| O | 92 | 95 | 100 | | 3.6 | 3.0 | 2.9 | | 88 | 92 | 97 | | 0.0 | 0.0 | 0.0 |
| N | 93 | 93 | 100 | | 3.0 | 2.6 | 2.6 | | 90 | 91 | 97 | | 0.0 | 0.0 | 0.0 |
| D  2.8% | 83 | 81 | 96 | 1.4% | 2.5 | 2.4 | 2.3 | 2.8% | 80 | 78 | 94 | - | 0.0 | 0.0 | 0.0 |
| Year  -4.2% | 1 029 | 1 074 | 1 095 | 2.2% | 31.1 | 30.5 | 32.6 | -4.3% | 998 | 1 043 | 1 063 | 63.0% | 0.1 | 0.0 | 0.1 |

**TOTAL U.S. CONSUMPTION AND CONSUMER STOCKS**

| Consumption | 2007 | 2006 | 2005 | Cons. SAAR | 2007 | 2006 | 2005 | Stocks | 2007 | 2006 | 2005 | Days Supply | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 662 | 741 | 785 | | 8.33 | 9.14 | 9.57 | | 878 | 981 | 1 037 | | 40 | 39 | 40 |
| F | 616 | 709 | 736 | | 7.98 | 9.11 | 9.52 | | 875 | 973 | 1 046 | | 40 | 40 | 41 |
| M | 663 | 750 | 771 | | 7.95 | 9.07 | 9.55 | | 872 | 982 | 1 082 | | 38 | 38 | 39 |
| A | 697 | 783 | 842 | | 7.95 | 8.95 | 9.55 | | 824 | 928 | 1 007 | | 39 | 39 | 40 |
| Ma | 659 | 729 | 791 | | 7.91 | 8.83 | 9.53 | | 830 | 919 | 991 | | 39 | 39 | 39 |
| J | 637 | 710 | 763 | | 7.87 | 8.76 | 9.45 | | 824 | 926 | 1 002 | | 40 | 41 | 41 |
| Ju | 640 | 716 | 776 | | 7.82 | 8.64 | 9.30 | | 834 | 932 | 1 003 | | 41 | 42 | 42 |
| Au | 611 | 669 | 725 | | 7.83 | 8.59 | 9.29 | | 842 | 970 | 1 038 | | 38 | 40 | 39 |
| S | 660 | 719 | 788 | | 7.74 | 8.45 | 9.19 | | 774 | 925 | 1 007 | | 35 | 38 | 37 |
| O | 696 | 769 | 848 | | 7.76 | 8.40 | 9.20 | | 735 | 881 | 941 | | 34 | 37 | 37 |
| N | 657 | 707 | 777 | | 7.68 | 8.56 | 9.16 | | 721 | 872 | 921 | | 35 | 36 | 37 |
| D  -15.4% | 647 | 764 | 774 | | 7.73 | 8.46 | 9.13 | | 705 | 834 | 927 | | 34 | 39 | 38 |
| Year  -10.5% | 7 844 | 8 767 | 9 375 | | | | | | | | | | | | |

**ALL U.S. DAILIES CONSUMPTION AND STOCKS**

| Consumption | 2007 | 2006 | 2005 | Cons. SAAR | 2007 | 2006 | 2005 | Stocks | 2007 | 2006 | 2005 | Days Supply | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 545 | 591 | 645 | | 6.81 | 7.20 | 7.78 | | 810 | 864 | 942 | | 45 | 44 | 45 |
| F | 507 | 561 | 599 | | 6.53 | 7.19 | 7.72 | | 800 | 854 | 935 | | 45 | 43 | 44 |
| M | 546 | 601 | 633 | | 6.48 | 7.19 | 7.73 | | 781 | 838 | 923 | | 43 | 42 | 42 |
| A | 560 | 621 | 681 | | 6.43 | 7.11 | 7.69 | | 736 | 821 | 894 | | 44 | 44 | 44 |
| Ma | 524 | 578 | 631 | | 6.32 | 7.06 | 7.70 | | 716 | 793 | 859 | | 43 | 42 | 42 |
| J | 504 | 571 | 618 | | 6.25 | 7.04 | 7.66 | | 729 | 806 | 868 | | 45 | 44 | 44 |
| Ju | 505 | 577 | 634 | | 6.20 | 6.97 | 7.56 | | 736 | 842 | 898 | | 45 | 47 | 46 |
| Au | 483 | 534 | 580 | | 6.21 | 6.93 | 7.55 | | 741 | 852 | 927 | | 42 | 44 | 43 |
| S | 524 | 580 | 636 | | 6.15 | 6.83 | 7.44 | | 691 | 807 | 868 | | 39 | 41 | 40 |
| O | 547 | 617 | 678 | | 6.12 | 6.79 | 7.40 | | 654 | 771 | 818 | | 39 | 40 | 40 |
| N | 515 | 568 | 614 | | 6.01 | 6.93 | 7.29 | | 637 | 759 | 792 | | 39 | 39 | 40 |
| D  -19.3% | 505 | 626 | 614 | | 6.02 | 6.87 | 7.20 | | 622 | 753 | 808 | | 38 | 42 | 42 |
| Year  -10.8% | 6 266 | 7 027 | 7 563 | | | | | | | | | | | | |

SAAR = Seasonally Adjusted Annual Rate
(1) Imports from overseas have been estimated for the current month, except for Western Europe. Imports from Western Europe are those reported by CEPIPRINT.

# N.A. Shipments by Destination and Mill Stocks
## (000s tonnes)

### N.A. SHIPMENTS BY REGION

| Total | | 2007 | 2006 | 2005 | Canada | | 2007 | 2006 | 2005 | U.S. | | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | | 926 | 1 036 | 1 081 | | | 83 | 84 | 83 | | | 699 | 778 | 793 |
| F | | 838 | 917 | 989 | | | 75 | 84 | 77 | | | 606 | 691 | 725 |
| M | | 962 | 1 053 | 1 133 | | | 88 | 97 | 92 | | | 648 | 745 | 797 |
| A | | 924 | 1 001 | 1 068 | | | 90 | 91 | 92 | | | 646 | 721 | 744 |
| Ma | | 971 | 976 | 1 059 | | | 89 | 98 | 95 | | | 654 | 701 | 758 |
| J | | 945 | 985 | 1 074 | | | 87 | 91 | 94 | | | 627 | 707 | 751 |
| Ju | | 922 | 969 | 1 039 | | | 82 | 86 | 85 | | | 643 | 707 | 767 |
| Au | | 923 | 988 | 1 043 | | | 86 | 86 | 89 | | | 614 | 694 | 745 |
| S | | 892 | 939 | 1 057 | | | 82 | 87 | 92 | | | 584 | 665 | 741 |
| O | | 968 | 979 | 1 058 | | | 92 | 95 | 100 | | | 655 | 714 | 768 |
| N | | 921 | 974 | 1 036 | | | 93 | 93 | 100 | | | 632 | 688 | 744 |
| D | -14.8% | 878 | 1 031 | 1 045 | | 2.8% | 83 | 81 | 96 | | -13.3% | 625 | 721 | 764 |
| | | | | | | | | | | | | | | 0 |
| Year | -6.6% | 11 069 | 11 847 | 12 681 | | -4.2% | 1 029 | 1 074 | 1 095 | | -10.5% | 7 634 | 8 532 | 9 099 |

| W. Europe | | 2007 | 2006 | 2005 | Japan | | 2007 | 2006 | 2005 | Oth. Asia | | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | | 31 | 30 | 46 | | | 12 | 25 | 37 | | | 40 | 51 | 82 |
| F | | 37 | 20 | 39 | | | 12 | 9 | 18 | | | 44 | 53 | 60 |
| M | | 50 | 27 | 67 | | | 15 | 23 | 27 | | | 57 | 68 | 73 |
| A | | 61 | 34 | 49 | | | 19 | 17 | 26 | | | 52 | 56 | 69 |
| Ma | | 58 | 29 | 55 | | | 14 | 10 | 24 | | | 69 | 51 | 69 |
| J | | 71 | 37 | 73 | | | 14 | 14 | 22 | | | 60 | 51 | 60 |
| Ju | | 47 | 35 | 52 | | | 8 | 22 | 32 | | | 49 | 57 | 43 |
| Au | | 60 | 33 | 65 | | | 14 | 13 | 16 | | | 45 | 60 | 63 |
| S | | 61 | 38 | 56 | | | 14 | 17 | 25 | | | 52 | 52 | 61 |
| O | | 60 | 39 | 54 | | | 20 | 14 | 20 | | | 38 | 61 | 56 |
| N | | 59 | 37 | 45 | | | 5 | 13 | 20 | | | 52 | 59 | 57 |
| D | 1.0% | 48 | 48 | 24 | | -40.7% | 12 | 21 | 14 | | -61.3% | 28 | 72 | 67 |
| | | | | | | | | | | | | | | 0 |
| Year | 58.3% | 643 | 406 | 624 | | -19.0% | 160 | 197 | 279 | | -15.3% | 586 | 691 | 761 |

| Latin America | | 2007 | 2006 | 2005 | Africa | | 2007 | 2006 | 2005 | Other | | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | | 52 | 62 | 32 | | | 6.9 | 6.7 | 6.1 | | | 2.1 | 0.2 | 0.2 |
| F | | 52 | 53 | 70 | | | 7.3 | 7.0 | 0.3 | | | 3.3 | 0.1 | 0.1 |
| M | | 93 | 87 | 69 | | | 8.7 | 4.3 | 8.6 | | | 2.1 | 0.1 | 0.2 |
| A | | 49 | 69 | 77 | | | 4.6 | 13.4 | 10.1 | | | 3.1 | 0.2 | 0.4 |
| Ma | | 80 | 79 | 57 | | | 3.6 | 7.5 | 1.5 | | | 2.5 | 0.0 | 0.3 |
| J | | 73 | 71 | 64 | | | 12.2 | 13.7 | 10.4 | | | 1.8 | 0.1 | 0.1 |
| Ju | | 86 | 52 | 57 | | | 5.5 | 10.5 | 3.5 | | | 1.3 | 0.2 | 0.2 |
| Au | | 86 | 95 | 58 | | | 15.2 | 6.5 | 6.8 | | | 2.7 | 0.1 | 0.2 |
| S | | 88 | 79 | 75 | | | 9.7 | 2.0 | 6.7 | | | 1.1 | 0.1 | 0.1 |
| O | | 90 | 46 | 58 | | | 13.2 | 8.4 | 2.2 | | | 0.1 | 2.7 | 0.3 |
| N | | 71 | 72 | 61 | | | 8.8 | 6.0 | 9.2 | | | 0.1 | 4.4 | 0.4 |
| D | -7.3% | 74 | 80 | 72 | | -9.7% | 7.9 | 8.7 | 6.6 | | -52.7% | 0.1 | 0.2 | 0.3 |
| | | | | | | | | | | | | | | 0.0 |
| Year | 5.8% | 894 | 845 | 748 | | 9.4% | 103.4 | 94.6 | 71.9 | | > 100% | 20.3 | 8.5 | 2.7 |

### MILL STOCKS

| N.A. Mills | 2007 | 2006 | 2005 | U.S. Mills | 2007 | 2006 | 2005 | Can. Mills | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ja | 412 | 332 | 363 | | 65 | 45 | 50 | | 347 | 288 | 314 |
| F | 479 | 359 | 372 | | 72 | 51 | 59 | | 408 | 309 | 313 |
| M | 465 | 303 | 335 | | 71 | 45 | 49 | | 394 | 258 | 286 |
| A | 497 | 323 | 344 | | 74 | 53 | 62 | | 422 | 270 | 281 |
| Ma | 468 | 348 | 356 | | 67 | 63 | 72 | | 401 | 285 | 285 |
| J | 454 | 318 | 299 | | 70 | 57 | 42 | | 384 | 261 | 257 |
| Ju | 514 | 363 | 350 | | 92 | 63 | 43 | | 422 | 300 | 307 |
| Au | 534 | 347 | 359 | | 100 | 66 | 57 | | 434 | 281 | 303 |
| S | 455 | 356 | 309 | | 81 | 72 | 49 | | 374 | 284 | 261 |
| O | 394 | 367 | 343 | | 57 | 63 | 54 | | 337 | 304 | 290 |
| N | 362 | 345 | 321 | | 63 | 55 | 49 | | 299 | 290 | 272 |
| D | 367 | 326 | 309 | | 52 | 56 | 48 | | 315 | 270 | 261 |

Sources: Pulp and Paper Products Council, Newspaper Association of America, Statistics Canada, US Census Bureau, CEPIPRINT

# Exhibit B

# KING & BALLOW

## LAW OFFICES

### 1100 UNION STREET PLAZA

### 315 UNION STREET

### NASHVILLE, TENNESSEE 37201

TELEPHONE: 615/259-3456

FACSIMILE: 615/254-7907

www.kingballow.com

**Direct Dial: (615) 726-5455**
**Direct Facsimile: (615) 726-5413**

March 10, 2008

**VIA E-MAIL (PDF) AND**
**U. S. MAIL**

Karl Knutsen
Trial Attorney
U. S. Department of Justice
City Center Building
Suite 3000
1401 H Street, NW
Washington, DC 20530

> Re:   United States v. Abitibi-Consolidated Inc. and Bowater Incorporated, Case
>       No. 1:07-cv-01912

Dear Karl:

On Thursday, March 6, you asked Mark Hunt if the comments on the proposed settlement in the AbitibiBowater case submitted by NAA under the Tunney Act were meant to be made public. Mark left you a voice mail on Friday saying that NAA always expected its comments would be made public. I am writing to confirm Mark's response and to raise additional issues regarding the proposed settlement.

The Complaint, proposed Final Judgment, and Competitive Impact Statement in the AbitibiBowater case were filed on October 23, 2007. NAA submitted its comments on January 2, and the public comment period closed on January 7, 2008. More than two months have elapsed since the close of the comment period. Since the close of the comment period, AbitibiBowater has announced a second $60 per tonne newsprint price increase to be implemented during the second quarter of 2008. It is likely that AbitibiBowater will remove the capacity necessary to support this additional $60 per tonne price increase following the completion of its Phase 2 comprehensive review in the second quarter of 2008. Because of these continuing changes, NAA and its members are extremely concerned about the length of time that has passed without the Division responding to the public comments, publishing those comments and the response, or submitting this matter to the Court.

LA JOLLA OFFICE:

LA JOLLA EASTGATE · 9404 GENESEE AVENUE, SUITE 340 · LA JOLLA, CALIFORNIA 92037 · TELEPHONE: 858/597-6000 · FACSIMILE: 858/597-6008

As NAA's economists correctly forecast during the Division's investigation, the merger of the first and second largest newsprint companies in North America has already had a devastating effect on the newspaper industry. Prices have risen dramatically, and the terms under which newsprint producers sell newsprint have become much more rigid. As the primary consumers of newsprint, newspapers are the principal victims of this merger. Just before the Division's settlement with the defendants on October 23, 2007, the price of newsprint in North America had fallen to $560 per tonne. By early December, a little more than a month after its settlement with the Division, the newly merged AbitibiBowater led industry-wide newsprint price increases of $60 per tonne to be implemented during the first quarter of 2008 and announced the shutdown of 600,000 tonnes of newsprint capacity (about 5 percent of total newsprint capacity in North America). Prior to the filing of the proposed settlement, North American newsprint producers had been unable to implement a $25 per tonne price increase announced for September 2007. Following the settlement with the Division in October and the completion of the AbitibiBowater merger a week later, that price increase was successfully implemented by early December. Together these two price increases represent about a 15 percent increase over the October price of $560 per tonne and were made possible by the Division's inadequate settlement agreement with Abitibi-Consolidated and Bowater. These post-merger events were documented and analyzed in the NAA comments filed in early January.

Since the closure of the public comment period on January 7, AbitibiBowater has announced a second $60 per tonne price increase, which is to be implemented during the second quarter of 2008. AbitibiBowater's announcement was quickly matched by other North American newsprint producers, which, including AbitibiBowater, account for more than 80 percent of North American newsprint capacity. See the attached articles from Pulp & Paper Week dated February 25, 2008 and March 3, 2008. If these price increases are successfully implemented, North American newsprint prices will have increased $145 per tonne or about 26 percent between the Division's settlement with the defendants on October 23, 2007 and the end of June 2008, a period of a little more than eight months.

As is noted in the February 25 Pulp & Paper Week article, this second $60 per tonne price increase is unlikely to be successful unless there are additional newsprint capacity closures. AbitibiBowater has not yet announced any additional capacity closures. However, in a press release dated February 28, 2008, AbitibiBowater stated that "[t]he Company has been actively engaged in its Phase 2 comprehensive review of operations since the merger was completed and expects that an announcement regarding its decisions will be forthcoming during the second quarter of 2008."[1] The press release also stated that the removal of almost one million tonnes of capacity during the first quarter of 2008 (600,000 tonnes of which were newsprint capacity) was "in line with its previously announced Phase 1 comprehensive review of operations." It is likely that AbitibiBowater will announce sufficient newsprint capacity closures following the

---

[1]    This press release can be found by clicking on the following link:
http://www.abitibibowater.com/media/latest-news.aspx?detail=true&reqid=1113459

Karl Knutsen
March 10, 2008
Page 3 of 3

completion of its Phase 2 comprehensive review to support the successful implementation of the additional $60 per tonne price increase that it announced for the second quarter of 2008:

In its Competitive Impact Statement, the Division claimed that the Snowflake divestiture, which accounts for just 3 percent of North American newsprint capacity, would remedy the competitive harm alleged in the Division's Complaint. In its comments, NAA noted that the Division had failed to provide the Court with any factual or economic support for its claim that the Snowflake divestiture would cure the problems asserted in the Complaint. Events since the completion of the merger demonstrate that the Division's proposed Snowflake divestiture was not adequate to deter anticompetitive behavior by AbitibiBowater.

As noted above, more than two months have elapsed since the close of the comment period without a response from the Division to NAA's comments. Given AbitibiBowater's recent announcement of a second $60 per tonne price increase likely to be followed by an announcement of additional capacity closures to support that price increase, merely responding to the comments from early January will not adequately inform the Court of the information it will need to determine if the proposed remedy is adequate. The passage of more than two months has provided AbitibiBowater with the opportunity to cause additional significant competitive harm to U.S. newspaper publishers. The Court needs to be informed of these new facts and changes in the newsprint market since the close of the comment period. NAA respectfully requests that the Division expeditiously publish NAA's comments and file NAA's comments with the Court along with any response to those comments by the Division so that the Court can evaluate the adequacy of the Division's proposed divestiture before the merger causes even more economic harm to U.S. newspaper publishers and other North American newsprint customers.

Sincerely,

Alan L. Marx

Enclosures

# RISI

# PULP&PAPERWEEK

PULP & PAPER MARKET NEWS FOR NORTH AMERICA

Feb. 25, 2008 | Vol. 30, No. 07

## Tissue World Americas: Join Us!

Network with keynote speaker Esko Uutela, RISI tissue analyst Brad Kalil, and more at Booth 1065, March 11-14, Miami Beach, FL

www.risiinfo.com/twmiami

## AbitibiBowater announces second $60/tonne price hike this year, publishers forecast a "dramatic" consumption drop

North American and world newsprint market leader AbitibiBowater stunned market participants last week by announcing a second quarter $60/tonne price increase. Like the first quarter $60 hike currently being implemented, AbitibiBowater said it would be phased in at $20 monthly increments, April through June.

Producers and publishers alike were caught off-balance by the timing of the announcement. Another price increase had been generally expected in 2008, but was not anticipated until the second half of the year.

If both increases are fully implemented, the price of 30-lb newsprint in North America would rise to $700/tonne in June -- an increase of $140 from its low of $560/tonne last October.

Analysts' estimates were for US newsprint prices to range between $655-$665/tonne during the second quarter and end the year at $695/tonne, in line with RISI economists' forecasts.

››› continued on page 9

# PULP&PAPER WEEK

**Room for price to rise.** Citigroup analyst Chip Dillon concurred, noting that at $700/tonne US prices would still be 10% below continental European prices for 30-lb newsprint, whereas the 1990-2007 spread was zero.

Buyer sources said some publishers had been planning to build inventory ahead of expected hikes later in the year, but said the 2Q increase meant they would now not buy more paper than they needed.

Contacts predicted that instead publishers would respond with "dramatic" reductions in orders, probably starting around April-May, and that the tight market would quickly be "a thing of the past."

**Consumption slide forecast.** "We are not going to increase our inventory costs just to save a couple of bucks down the road. We are going to buy less paper, so by cutting consumption we will reduce newsprint costs even if the price goes up," said one buyer contact with a major newspaper chain.

"The only way for it to be successful is to take out more capacity. Do they have a plan -- I'm sure they do, but producers could be looking at a 12-15% year-over-year drop in consumption," added the contact.

Both buyers and sellers grant that AbitibiBowater has every reason to raise prices quickly, given its current financial position. The company's principal revolving credit agreements (over $1.1 billion) mature in the fourth quarter of 2008, in addition to earlier maturities of 6.95% notes ($200 million in April) and 5.25% notes ($150 million in June).

**Financial woes worsen.** Fitch Ratings cut AbitibiBowater's rating deeper into junk territory on Thursday, saying it faced an industry in decline and that demand for newsprint was contracting faster than AbitibiBowater could shut down production.

"There seems to be no foreseeable bottom to newsprint demand in the near future," Fitch said, adding that raising prices would help, but could not stem the "long-term structural shift from printed to electronic media."

AbitibiBowater postponed its fourth quarter earnings release to Feb. 28 on the same day its price increase was announced, and its stock immediately fell 12.5% (versus a 0.1% decline in the S&P 500 Index).

In a note to investors, Lehman Bros. analyst Peter Ruschmeier attributed the share price fall to "lingering uncertainties related to if and when" the company would be able to renew its credit facility to help it make imminent debt payments.

**Hope for shareholders.** But he said despite "valid concerns about the current

---

### NEW NEWSPRINT HIKE
‹‹‹ continued from page 1

Publishers were quick to voice their unhappiness over the new increase.

"Publishers would have looked more favorably on it in the third quarter but this is way too aggressive, way too soon," was the prevalent reaction among newsprint buyers.

"This is not an acceleration of the second half increase that many people had expected - this is incremental, and I don't think anyone would be surprised if there are more on the horizon later this year. No one had anything like that in their budget projections," said one buyer contact at a major US daily.

**Hike angers publishers.** "These increases are unacceptable and there are a lot of unhappy people. I think there will be requests for meetings between senior people so that (publishers) can express their displeasure," said another buyer contact with a large US publishing group.

While other newsprint producers held off from immediately announcing hikes of their own, sources thought it likely most of North America's largest suppliers would follow AbitibiBowater's lead.

"If AbitibiBowater jumped off the Golden Gate Bridge they'd be lined up behind them," commented a buyer source.

"I'd be surprised if other producers don't join the increase. The price of chips is going through the roof and as long as the market is as tight as it is there's no reason for the price not to go up," said one US producer contact.

    © 2008 RISI, Inc. All rights reserved.

# PULP&PAPER WEEK

state of credit markets" weighing heavily on AbitibiBowater, he believed "when the smoke eventually clears" the company would have a new credit line, product prices more than $100/ton higher and shares much closer to Lehman's $30 target.

• Two hundred and fifty pulp and paper workers in eastern Canada voted last week to meet with **AbitibiBowater** to discuss the economic crisis in the forest industry. "We will sit down with AbitibiBowater and see if we can come to an agreement that will provide enhanced stability and security for our members and the industry," said Dave Coles, president of the Communications, Energy and Paperworkers Union of Canada (CEP). The union represents 5,000 AbitibiBowater workers. Its collective agreements in eastern Canada expire in April 2009.

• The New Mexico afternoon newspaper *The Albuquerque Tribune* was to publish its final edition Feb. 23 after owners E.W. Scripps failed to find a buyer for the 86-year-old daily. The *Tribune's* circulation had dropped to about 9,600 from 42,000 in 1998 as readers shunned newsprint for the Internet and advertisers followed, the *Associated Press* reported.

  © 2008 RISI, Inc. All rights reserved.

# PULP&PAPER WEEK

PULP & PAPER MARKET NEWS FOR NOR.H AMERICA

Mar. 3, 2008 | Vol. 30, No. 08

**PULP&PAPER**WEEK

## Newsprint

### More producers announce $60 hikes, AbitibiBowater targeting offshore markets

White Birch, Kruger, Catalyst, and Norpac as well as a number of smaller suppliers told customers they plan $60/tonne second-quarter newsprint increases, in line with what was first unveiled by AbitibiBowater, contacts said last week.

The combined capacity of the producers that announced back-to-back quarterly hikes accounts for more than 80% of North America's newsprint market capacity.

**PULP&PAPER**WEEK

## NEWSPRINT MANUFACTURING MARGINS 2006–2007

| (Currency in millions.) | 4Q 2006 | 1Q 2007 | 2Q 2007 | 3Q 2007 | 4Q 2007 |
|---|---|---|---|---|---|
| **AbitibiBowater (C$)[1]** | | | | | |
| Gross sales | 678.0 | 576.0 | 570.0 | 536.0 | 663.0 |
| EBITDA | 105.8 | 64.5 | 33.2 | 38.3 | 16.0 |
| EBITDA margin | 15.50% | 11.10% | 5.80% | 7.10% | 2.4% |
| Operating profit/loss | 46.3 | 5.0 | –25.2 | –19.1 | –52.0 |
| **Catalyst Paper (C$)** | | | | | |
| Gross sales | 129.3 | 110.1 | 107.5 | 78.4 | 44.0 |
| EBITDA | 14.6 | –3.1 | –4.2 | –8.2 | –8.0 |
| EBITDA margin | 11.3% | –2.8% | –3.9% | –10.4% | –18.2% |
| Operating profit/loss | 1.9 | –13.4 | –13.6 | –15.7 | –15.0 |
| **Norske Skog (Europe) (NOK)** | | | | | |
| Revenues | 2,446.0 | 2,190.0 | 2,257.0 | 2,156.0 | 2,351.0 |
| EBITDA | 466.0 | 446.0 | 456.0 | 364.0 | 334.0 |
| EBITDA margin | 19.1% | 20.4% | 20.2% | 16.9% | 14.2% |
| Operating profit/loss | 244.0 | 266.0 | 280.0 | 194.0 | 146.0 |
| **Norske Skog (PanAsia) (NOK)** | | | | | |
| Revenues | 1,577.0 | 1,381.0 | 1,433.0 | 1,329.0 | 1,367.0 |
| EBITDA | 290.0 | 301.0 | 241.0 | 143.0 | 156.0 |
| EBITDA margin | 18.4% | 21.8% | 16.8% | 10.8% | 11.4% |
| Operating profit/loss | 110.0 | 137.0 | 82.0 | –26.0 | –14.0 |
| **UPM-Kymmene (Europe) (Euro)** | | | | | |
| Revenues | 380.0 | 348.0 | 379.0 | 365.0 | 378.0 |
| EBITDA | 89.0 | 92.0 | 100.0 | 91.0 | 79.0 |
| EBITDA margin | 23.4% | 26.4% | 26.4% | 24.9% | 20.9% |
| Operating profit/loss | 41.0 | 44.0 | 53.0 | 44.0 | 31.0 |

Note: Excluded are Norske Skog's results in South America and Australia/New Zealand. AbitibiBowater's 4Q 2007 results reflect 100% of Bowater and two months of Abitibi-Consolidated sales and earnings. The two companies merged in October 2007. Also, the company results shown ffrom 4Q 2006 through Q3 2007 are only for the former Abitibi-Consolidated. Source: Canadian Paper Analyst.

## NEWSPRINT STATISTICS – JANUARY 2008

| (000 tonnes) | Current month | | Year-to-date | |
|---|---|---|---|---|
| | | % chg. | | % chg. |
| **NORTH AMERICA** | 2008 | 2008/07 | 2008 | 2008/07 |
| Operating rate, % | 91.2 | 85.9[1] | 91.2 | 85.9[1] |
| Shipments to North America | 736 | –5.9 | 736 | –5.9 |
| Shipments to USA | 654 | –6.5 | 654 | –6.5 |
| Shipments to Canada | 82 | –0.5 | 82 | –0.5 |
| Overseas exports | 188 | 30.2 | 188 | 30.2 |
| Imports | 6 | –9.0 | 6 | –9.0 |
| Total demand | 742 | –5.9 | 742 | –5.9 |
| Mill inventories | 349 | –15.3 | — | — |
| All US users inventories | 753 | –14.4 | — | — |
| Days of supply -- all US users | 37 | –7.5 | — | — |

1. Actual figure, not a percentage change. e=estimate. p=preliminary.
Source: Pulp and Paper Products Council.

## US DAILY NEWSPAPER CONSUMPTION INVENTORY

| | Current month | | YTD | % chg. |
|---|---|---|---|---|
| | | % chg. | | |
| | 2008 | 2008/07 | 2008 | 2008/07 |
| US dailies consumption | 482 | –11.5 | 482 | –11.5 |
| US publisher inventories | 675p | –16.7 | — | — |
| Days of supply -- US dailies | 42p | –6.7 | — | — |

Source: Newspaper Assn of America.

If fully implemented, the first quarter and second quarter hikes lift standard newsprint prices $120/tonne over six months to $700/tonne in June. The increases this year are on top of a $25/tonne increase implemented in fourth quarter 2007.

**Pushback from buyers.** "We've had a lot of (buyers) screaming at us, but they don't give a hoot if the price goes down $20 a month. We've only just got the price back to where we were at a year ago and they have had the benefit (of lower prices) for all that time," said one contact with a US producer.

North American papermakers' desperate need for higher newsprint prices was evident last Thursday, when AbitibiBowater reported a headline loss of $250 million in fourth quarter 2007 and a $490 million loss for the full year (see story p. 1).

AbitibiBowater also disclosed that while it cost the company $645/tonne to make newsprint in the fourth quarter, its average transaction price was $598/tonne. The company's average newsprint transaction price per unit in 2007 was $601/tonne -- down 6% from an operating cost per unit of $642/tonne.

"It's a very short run to the edge of the precipice when you're losing money at that rate," remarked one contact with another newsprint producer.

**Exports rise, especially to India.** To maintain production levels in the face of declining North American demand, AbitibiBowater aims to increase last year's combined 1.6 million tonnes of exports by 10% in 2008, targeting markets in Western Europe, Latin America, the Middle East, and India.

The weaker US dollar has made exports exceptionally attractive, particularly to India, where contacts said that as a result of European and Chinese suppliers pulling out of the market in recent months, newsprint prices spiked 30% to $720/tonne.

"It got too expensive for the Europeans to ship to India and China shut a load of small inefficient mills so more Chinese export tonnes are now staying home," said one US producer contact.

AbitibiBowater pres/CEO David Paterson, in an interview with *Pulp & Paper Week* earlier this year, said the company's goal was to grow in international markets. Global newsprint demand grew 3% last year compared with a 10% demand decline in North America.

Paterson described international demand growth as "the bright spot of the past couple of years," saying offshore markets were "encouraging" and basically counteracted decline in US demand.

 © 2008 RISI, Inc. All rights reserved.

**PULP&PAPER**WEEK

Paterson also said he believed that while offshore shipments from China had taken share in international markets, currency moves and high energy costs make China's newsprint makers less competitive in certain markets, including North America.

**Impact of $100 oil.** "One hundred dollar (a barrel) oil is starting to impact trucking and rail and shipping rates so there is no escape from high energy costs. China is importing waste paper and energy at market prices to make newsprint, and the cost of both of those items is substantially higher than any of us thought they would be ... so I think their cost structure isn't as low as they anticipated," Paterson said.

"Their currency has appreciated quite substantially against the US dollar, and with the international markets growing -- particularly in their home market, as well as in other Southeast Asian markets -- I think they can keep closer to home at lower freight costs," Paterson said.

**US market not in China's crosshairs.** Neither Paterson nor AbitibiBowater chmn John Weaver thought it likely that higher newsprint prices in North America would attract lower-priced imports from China.

"You have to remember that the US price is pretty much the benchmark in many international markets, especially in Asia, so when you see prices come up in North America, we would expect to see similar pricing in Asia, thereby making those regions much closer to China even more favorable. So I would be surprised if we see significant (Chinese) tonnage in North America," said Weaver in the interview with *Pulp & Paper Week.*

• **AbitibiBowater, Catalyst,** and **Norpac** told their customers last week that, effective Apr. 1, they would increase prices $60/ton ($3.00 cwt) on all hi-bright grades except so-called "superbright" uncoated freesheet substitute grades.

---

 © 2008 RISI, Inc. All rights reserved.