UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABITIBI-CONSOLIDATED, INC.<br>and BOWATER INCORPORATED,<br><br>Defendants. | CASE NO.:   1:07-cv-01912<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 10/23/2007<br>Description:   Antitrust |

### UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY ALAN L. MARX

Mohammad A. Syed, Esq., counsel for Newspaper Association of America, ("NAA"), and a member in good standing of the Bar of this Court and of the District of Columbia, hereby moves, pursuant to LCvR 83.2, for an Order allowing Alan L. Marx, Esq., to practice law by admission *pro hac vice* before this Court in this proceeding. The Declaration of Alan L. Marx, Esq., in support of this Motion is attached hereto in accordance with LCvR 83.2(d).

Counsel for NAA conferred with counsel for Plaintiff, Karl D. Knutsen, Esq., and counsel for Defendant, Joseph J. Simons, Esq., on April 7th, 2008. Both counsel stated that they did not oppose this Motion.

For the foregoing reasons, movant requests that Alan L. Marx, Esq., be allowed to practice law by admission *pro hac vice* before this Court in this proceeding.

April 8th, 2008

Respectfully submitted,

_____
Mohammad A. Syed (D.D.C. Bar No. 476315)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
Tel. 615-259-3456

*Counsel for Newspaper Association of America*

## **CERTIFICATE OF SERVICE**

I, Mohammad A. Syed, one of the attorneys for Newspaper Association of America, certify that on April ___, 2008, the foregoing Motion for Admission Pro Hac Vice of Alan L. Marx was served on the following parties via electronic mail:

*Counsel for Plaintiff*

Karl D. Knutsen, Esq.
U.S. Department of Justice
Anti-Trust Division, Litigation II
1401 H Street, NW
Suite 4000
Washington, DC 20530
(202) 514-0976
karl.knutsen@usdoj.gov

*Counsel for Defendant*

Joseph J. Simons, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
(202) 223-7300
jsimons@paulweiss.com

_____
Mohammad A. Syed (D.D.C. # 476315)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
Tel. 615-259-3456

*Counsel for Newspaper Association of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                       )<br>            Plaintiff,                        )<br>                                                       )<br>    vs.                                            )<br>                                                       )<br>ABITIBI-CONSOLIDATED, INC.  )<br>and BOWATER INCORPORATED, )<br>                                                       )<br>            Defendants.                   )<br>                                                       ) | CASE NO.:    1:07-cv-01912<br>Assigned To:  Collyer, Rosemary M.<br>Assign. Date: 10/23/2007<br>Description:   Antitrust |

### DECLARATION OF ATTORNEY ALAN L. MARX

I, Alan L. Marx, Esq., declare upon personal knowledge and under penalty of perjury that the following is true and correct:

1.      I am a resident of the State of Tennessee and have firsthand knowledge of all matters stated herein. I am legal counsel to Newspaper Association of America, a nonprofit organization with offices at 4401 Wilson Boulevard, Suite 900, Arlington, Va. 22203-1867. I respectfully seek to practice law by admission *pro hac vice* before this Court in this proceeding.

2.      I am a partner with the law firm of King & Ballow, 1100 Union Street Plaza, 315 Union Street, Nashville, Tennessee 37201. My telephone number is (615) 726-5455.

3.      I have been admitted to practice law in the following bars:

| D.C. Court of General Sessions | November 5, 1969 |
|---|---|
| U.S. District Court for the District of Columbia | November 5, 1969 |
| U.S. Court of Appeals for the District of Columbia | November 25, 1969 |

| United States Supreme Court | December 17, 1973 |
| --- | --- |
| Tennessee Supreme Court | March 10, 1986 |
| U.S. District Court for Middle District of Tennessee | April 21, 1986 |
| U.S. Court of Appeals for the Sixth Circuit | August 15, 1988 |
| U.S. Court of Appeals for Seventh Circuit | September 23, 1988 |
| U.S. District Court for the Western District of Tennessee | November 9, 1989 |
| U.S. District Court for the Eastern District of Tennessee | May 24, 1989 |
| U.S. Court of Appeals for the Ninth Circuit | October 25, 1999 |

4. I am in good standing with all of the bars to which I am admitted, and have not been disciplined by any bar.

5. My bar status is active in Tennessee, but inactive in the District of Columbia.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I have not been admitted *pro hac vice* in this Court within the last two years.

8. I shall comply with the Local Rules of this Court.

**FURTHER DECLARANT SAYETH NAUGHT.**

Dated: Nashville, Tennessee, April 8, 2008.

_____
Alan L. Marx

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABITIBI-CONSOLIDATED, INC.<br>and BOWATER INCORPORATED,<br><br>Defendants. | CASE NO.:     1:07-cv-01912<br>Assigned To:  Collyer, Rosemary M.<br>Assign. Date: 10/23/2007<br>Description:   Antitrust |

## ORDER

The Court has considered the Unopposed Motion For Admission *Pro Hac Vice* of Attorney Alan L. Marx. The Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Attorney Alan L. Marx is admitted to appear *pro hac vice* in this proceeding.

SIGNED on this the _____ day of _____, 2008.

_____
JUDGE ROSEMARY M. COLLYER