UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABITIBI-CONSOLIDATED, INC.<br>and BOWATER INCORPORATED,<br><br>Defendants. | CASE NO.:  1:07-cv-01912<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 10/23/2007<br>Description:  Antitrust |

### UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY STEVEN C. DOUSE

Mohammad A. Syed, Esq., counsel for Newspaper Association of America, ("NAA"), and a member in good standing of the Bar of this Court and of the District of Columbia, hereby moves, pursuant to LCvR 83.2, for an Order allowing Steven C. Douse, Esq., to practice law by admission *pro hac vice* before this Court in this proceeding. The Declaration of Steven C. Douse, Esq., in support of this Motion is attached hereto in accordance with LCvR 83.2(d).

Counsel for NAA conferred with counsel for Plaintiff, Karl D. Knutsen, Esq., and counsel for Defendant, Joseph J. Simons, Esq., on April 7th, 2008. Both counsel stated that they did not oppose this Motion.

For the foregoing reasons, movant requests that Steven C. Douse, Esq., be allowed to practice law by admission *pro hac vice* before this Court in this proceeding.

April, 8th, 2008

Respectfully submitted,

Mohammad A. Syed
(D.D.C. Bar No. 476315)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
Tel. 615-259-3456

*Counsel for Newspaper Association of America*

## CERTIFICATE OF SERVICE

I, Mohammad A. Syed, one of the attorneys for Newspaper Association of America, certify that on April 8th, 2008, the foregoing Motion for Admission Pro Hac Vice of Steven C. Douse was served on the following parties via electronic mail:

*Counsel for Plaintiff*

Karl D. Knutsen, Esq.
U.S. Department of Justice
Anti-Trust Division, Litigation II
1401 H Street, NW
Suite 4000
Washington, DC 20530
(202) 514-0976
karl.knutsen@usdoj.gov

*Counsel for Defendant*

Joseph J. Simons, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
(202) 223-7300
jsimons@paulweiss.com

_____
Mohammad A. Syed (D.D.C. # 476315)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
Tel. 615-259-3456

*Counsel for Newspaper Association of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABITIBI-CONSOLIDATED, INC.<br>and BOWATER INCORPORATED,<br><br>Defendants. | CASE NO.:   1:07-cv-01912<br>Assigned To:  Collyer, Rosemary M.<br>Assign. Date:  10/23/2007<br>Description:   Antitrust |

## DECLARATION OF ATTORNEY STEVEN C. DOUSE

I, Steven C. Douse, Esq., declare upon personal knowledge and under penalty of perjury that the following is true and correct:

1. I am a resident of the State of Tennessee and have firsthand knowledge of all matters stated herein. I am legal counsel to Newspaper Association of America, a nonprofit organization with offices at 4401 Wilson Boulevard, Suite 900, Arlington, Va. 22203-1867. I respectfully seek to practice law by admission *pro hac vice* before this Court in this proceeding.

2. I am a partner with the law firm of King & Ballow, 1100 Union Street Plaza, 315 Union Street, Nashville, Tennessee 37201. My telephone number is (615) 726-5434.

3. I have been admitted to practice law in the following bars:

| Title of Court | Date Admitted |
|---|---|
| U. S. Supreme Court | 08/20/80 |
| U. S. Court of Appeals for the Sixth Circuit | 09/05/95 |
| U. S. Court of Appeals for the Seventh Circuit | 09/29/95 |

| | |
|---|---|
| U. S. Court of Appeals for the Eleventh Circuit | 02/18/99 |
| U. S. District Court for the Eastern District of Michigan | 12/19/73 |
| U. S. District Court for the Middle District of Tennessee | 02/17/88 |
| U. S. District Court for the Eastern District of Tennessee | 10/09/02 |
| Supreme Court of Tennessee | 01/11/88 |
| Supreme Court of Michigan | 1973 |

  4. I am in good standing with all of the bars to which I am admitted, except that I am currently inactive in Michigan, and I have not been disciplined by any bar.

  5. I have not been admitted *pro hac vice* in this Court within the last two years.

  6. I do not engage in the practice of law from an office located in the District of Columbia.

  7. I shall comply with the Local Rules of this Court.

**FURTHER DECLARANT SAYETH NAUGHT.**

Dated: Nashville, Tennessee, April 8, 2008.

_____
Steven C. Douse

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                              )<br>               Plaintiff,                           )<br>                                                              )  CASE NO.:      1:07-cv-01912<br>      vs.                                                )  Assigned To:   Collyer, Rosemary M.<br>                                                              )  Assign. Date:  10/23/2007<br>ABITIBI-CONSOLIDATED, INC.  )  Description:    Antitrust<br>and BOWATER INCORPORATED,   )<br>                                                              )<br>               Defendants.                      )<br>                                                              ) | |

## ORDER

The Court has considered the Unopposed Motion For Admission *Pro Hac Vice* of Attorney Steven C. Douse. The Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Attorney Steven C. Douse is admitted to appear *pro hac vice* in this proceeding.

SIGNED on this the _____ day of _____, 2008.

_____
JUDGE ROSEMARY M. COLLYER