UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABITIBI-CONSOLIDATED, INC.<br>and BOWATER INCORPORATED,<br><br>Defendants. | CASE NO.:   1:07-cv-01912<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 10/23/2007<br>Description:   Antitrust |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE* OF ATTORNEY MARK E. HUNT

Mohammad A. Syed, Esq., counsel for Newspaper Association of America, ("NAA"), and a member in good standing of the Bar of this Court and of the District of Columbia, hereby moves, pursuant to LCvR 83.2, for an Order allowing Mark E. Hunt, Esq., to practice law by admission *pro hac vice* before this Court in this proceeding. The Declaration of Mark E. Hunt, Esq., in support of this Motion is attached hereto in accordance with LCvR 83.2(d).

Counsel for NAA conferred with counsel for Plaintiff, Karl D. Knutsen, Esq., and counsel for Defendant, Joseph J. Simons, Esq., on April 7th, 2008. Both counsel stated that they did not oppose this Motion.

For the foregoing reasons, movant requests that Mark E. Hunt, Esq., be allowed to practice law by admission *pro hac vice* before this Court in this proceeding.

April, 8th, 2008

Respectfully submitted,

Mohammad A. Syed
(D.D.C. Bar No. 476315)
KING & BALLOW
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
Tel. 615-259-3456

*Counsel for Newspaper Association of America*

## CERTIFICATE OF SERVICE

I, Mohammad A. Syed, one of the attorneys for Newapaper Association of America, certify that on April 8, 2008, the foregoing Motion for Admission Pro Hac Vice of Mark E. Hunt was served on the following parties via electronic mail:

*Counsel for Plaintiff*

Karl D. Knutsen, Esq.
U.S. Department of Justice
Anti-Trust Division, Litigation II
1401 H Street, NW
Suite 4000
Washington, DC 20530
(202) 514-0976
karl.knutsen@usdoj.gov

*Counsel for Defendant*

Joseph J. Simons, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW
Suite 1300
Washington, DC 20036
(202) 223-7300
jsimons@paulweiss.com

_____
Mohammad A. Syed (D.D.C. # 476315)
King & Ballow
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201
Tel. 615-259-3456

*Counsel for Newspaper Association of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABITIBI-CONSOLIDATED, INC.<br>and BOWATER INCORPORATED,<br><br>Defendants. | CASE NO.: 1:07-cv-01912<br>Assigned To: Collyer, Rosemary M.<br>Assign. Date: 10/23/2007<br>Description: Antitrust |

### DECLARATION OF ATTORNEY MARK E. HUNT

I, Mark E. Hunt, Esq., declare upon personal knowledge and under penalty of perjury that the following is true and correct:

1. I am a resident of the State of Tennessee and have firsthand knowledge of all matters stated herein. I am legal counsel to Newspaper Association of America, a nonprofit organization with offices at 4401 Wilson Boulevard, Suite 900, Arlington, Va. 22203-1867. I respectfully seek to practice law by admission *pro hac vice* before this Court in this proceeding.

2. I am a partner with the law firm of King & Ballow, 1100 Union Street Plaza, 315 Union Street, Nashville, Tennessee 37201. My telephone number is (615) 726-5497.

3. I have been admitted to practice law in the following bars: Tennessee, U.S. Tax Court, U.S. Court of Appeals, Sixth and Eleventh Circuits and U.S. Supreme Court.

4. I am in good standing with all of the bars to which I am admitted, and have not been disciplined by any bar.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

7. I shall comply with the Local Rules of this Court.

**FURTHER DECLARANT SAYETH NAUGHT.**

Dated: Nashville, Tennessee, April 8, 2008.

_____
Mark E. Hunt

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>ABITIBI-CONSOLIDATED, INC.  )<br>and BOWATER INCORPORATED,  )<br>)<br>Defendants.  )<br>) | CASE NO.:   1:07-cv-01912<br>Assigned To:  Collyer, Rosemary M.<br>Assign. Date:  10/23/2007<br>Description:   Antitrust |

## ORDER

The Court has considered the Unopposed Motion For Admission *Pro Hac Vice* of Attorney Mark E. Hunt. The Court finds that the Motion should be and hereby is GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Attorney Mark E. Hunt is admitted to appear *pro hac vice* in this proceeding.

SIGNED on this the _____ day of _____, 2008.

_____
JUDGE ROSEMARY M. COLLYER