IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ABITIBI-CONSOLIDATED INC., and<br>BOWATER INCORPORATED<br><br>Defendants. | Civil Action No. 07-1912 |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Abitibi-Consolidated Inc.

Dated: Washington, DC
April 17, 2008

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP

By: /s/ Danielle M. Clark

   Danielle Monnig Clark (DC Bar No. 5018567)
   dclark@paulweiss.com
   Joseph J. Simons (DC Bar No. 376168)
   1615 L Street, NW, Suite 1300
   Washington, DC 20036

   Attorneys for Abitibi-Consolidated Inc.