IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:07-cv-01912 |
| ABITIBI-CONSOLIDATED INC., and ) | JUDGE: Collyer, Rosemary M. |
| BOWATER INCORPORATED ) | DECK TYPE: Antitrust |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned appears as counsel of record for Abitibi-Consolidated Inc.

Dated: New York, NY
April 18, 2008

Respectfully submitted,

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Moses Silverman

   Moses Silverman (DC Bar No. 364441)
   msilverman@paulweiss.com
   1285 Avenue of Americas
   New York, NY 10019

   Joseph J. Simons (DC Bar No. 376168)
   Danielle Monnig Clark (DC Bar No. 5018567)
   1615 L Street, NW, Suite 1300
   Washington, DC 20036

Attorneys for Abitibi-Consolidated Inc.