# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>ABITIBI-CONSOLIDATED INC. and BOWATER INC.,<br><br>   Defendants. | CASE NO: 1:07-cv-1912<br><br>JUDGE: Collyer, Rosemary M.<br><br>DECK TYPE: Antitrust<br><br>DATE STAMP: |

### PARTIES' JOINT PROPOSED BRIEFING SCHEDULE FOR THE UNITED STATES' MOTION FOR ENTRY OF THE PROPOSED FINAL JUDGMENT

The parties make the following joint motion pursuant to the Court's June 5, 2008 Minute Order directing the parties to submit a joint proposed briefing schedule for the United States' motion for entry of the proposed Final Judgement.

The parties' joint proposed briefing schedule:

- The United States' filed its Motion for Entry of the Proposed Final Judgment on June 18, 2008.

- The Defendants' and Newspaper Association of America's response briefs must be filed with the Court no later than thirty (30) days following the entry of the Court's Order regarding this proposed briefing schedule.

- The United States' reply brief must then be filed no later than twenty-one (21) days following the thirty-day response brief time frame, or fifty-one (51) days following the entry of the Court's Order regarding this proposed briefing schedule.

Dated: June 18, 2008                                    Respectfully Submitted,

**Counsel for United States**                           **Counsel for Defendant**
                                                        **Abitibi-Consolidated, Inc.,**

_____/s/_____
Karl D. Knutsen, Esq.                                   _____/s/_____
Ryan Danks, Esq.                                        Joseph J. Simons, Esq.
Rebecca A. Perlmutter, Esq.                             Paul, Weiss, Rifkind, Wharton & Garrison LLP
U.S. Department of Justice
Antitrust Division

**Counsel for Amicus**                                  **Counsel for Defendant**
**Newspaper Association of America**                    **Bowater Incorporated**

_____/s/_____                                _____/s/_____
Mohammad A. Syed, Esq.                                  Danielle Monnig Clark, Esq.
Alan L. Marx, Esq.                                      Paul, Weiss, Rifkind, Wharton & Garrison LLP
King & Ballow

---

## ORDER

Order granting Parties' Joint Proposed Briefing Schedule for the United States' Motion for Entry of the Proposed Final Judgment.

                                                        _____
Dated: _____, 2008                                  The Honorable Rosemary M. Collyer

## NAMES OF ATTORNEYS ENTITLED TO BE NOTIFIED OF ENTRY OF THE COURT'S ORDER REGARDOMG THE PARTIES' JOINT PROPOSED BRIEFING SCHEDULE PURSUANT TO LOCAL RULE 7(k) AND CERTIFICATE OF SERVICE

       I hereby certify that on June 18, 2008, I caused a copy of the foregoing Parties' Joint Proposed Briefing Schedule for the United States' Motion for Entry of the Proposed Final Judgment and United States' Motion for Entry of the Proposed Final Judgment in this matter to the following individuals:

CM/ECF automatic electronic notification –

**Counsel for Defendant Abitibi-Consolidated Inc.**
Joseph J. Simons, Esq. ( jsimons@paulweiss.com)
Moses Silverman, Esq. (msilverman@paulweiss.com)
Danielle Monnig Clark, Esq. (dclark@paulweiss.com)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1615 L Street, NW, Suite 1300
Washington, DC 20036-5694

**Counsel for Defendant Bowater Incorporated**
Danielle Monnig Clark, Esq. (dclark@paulweiss.com)
(See above for address)

**Counsel for Plaintiff United States**
Ryan Danks, Esq. (ryan.danks@usdoj.gov)
U.S. Department of Justice, Antitrust Division
1401 H Street, NW, Suite 4000
Washington, DC 20530

**Counsel for Amicus Newspaper Association of America**
Mohammad A. Syed, Esq. (msyed@kingballow.com)
King & Ballow
1100 Union Street Plaza
315 Union Street
Nashville, TN 37201

Notice delivered by other means (electronic mail) –

**Counsel for Plaintiff United States**
Karl D. Knutsen (karl.knutsen@usdoj.gov)
U.S. Department of Justice
Antitrust Division
1401 H Street, NW, Suite 4000
Washington, DC 20530

**Counsel for Amicus Newspaper Association of America**
Alan L. Marx, Esq. (amarx@kingballow.com)
Mark E. Hunt, Esq.
Steven C. Douse, Esq.
King & Ballow
(See above for address)

                                                      */s/*
                        Rebecca A. Perlmutter, Esq.
                        U.S. Department of Justice
                        Antitrust Division
                        1401 H Street, NW, Suite 4000
                        Washington, DC 20530
                        Telephone: (202) 307-6456
                        Facsimile: (202) 307-5802
                        Email: rebecca.perlmutter@usdoj.gov