THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>ABITIBI-CONSOLIDATED INC. and<br>BOWATER INC.,<br><br>       Defendants. | CASE NO:  1:07-cv-1912<br><br>JUDGE:  Collyer, Rosemary M.<br><br>DECK TYPE:  Antitrust<br><br>DATE STAMP: |

**CERTIFICATE OF COMPLIANCE WITH PROVISIONS
OF THE ANTITRUST PROCEDURES AND PENALTIES ACT**

    Plaintiff United States of America, by the undersigned attorneys, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h) ("APPA" or "Tunney Act"), the following procedures have been followed in preparation for the entry of the final judgment herein:

    1.  Plaintiff and defendants stipulated to the entry of the proposed Final Judgment on October 23, 2007,  and that Stipulation along with the proposed Final Judgment and Competitive Impact Statement were filed with the Court on October 23, 2007;

    2.  The Stipulation, proposed Final Judgment, and Competitive Impact Statement were published in the *Federal Register* on November 8, 2007, *see* 72 Fed. Reg. 63,187 ( November 8, 2007);

    3.  A summary of the terms of the proposed Final Judgment was published in the *Washington Post*, a newspaper of general circulation in the District of Columbia, starting on November 18, 2007, and continuing for seven consecutive days through November 24, 2007;

    4.  Copies of the Stipulation, proposed Final Judgment, and Competitive Impact

Statement were furnished to all persons requesting them and made available on the Antitrust Division's internet site;

     5.   On October 26, 2007, defendants Abitibi-Consolidated Inc. and Bowater Inc. filed with the Court their joint disclosure statement concerning written or oral communications by or on behalf of the defendant, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g);

     6.   The sixty-day periods for this matter prescribed by 15 U.S.C. §16(b) - (d) for the receipt and consideration of written comments, and during which the proposed Final Judgment could not be entered, ended on January 23, 2008;

     7.   The United States received one public comment on the proposed Final Judgment on January 2, 2008, from the Newspaper Association of America ("NAA"); and

     8.   The United States responded to the NAA's Comment on April 18, 2008, filing its Response and the NAA's Comment with this Court;

9. The parties in this action have now satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed Final Judgment, and it is now appropriate for the Court to make the necessary public interest determinations required by 15 U.S.C. § 16(e) and to enter the proposed Final Judgment.

Dated: June 18, 2008                         Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ Karl D. Knutsen
                                             Karl D. Knutsen, Esq. (karl.knutsen@usdoj.gov)
                                             Ryan Danks, Esq.
                                             Rebecca A. Perlmutter, Esq.
                                             Michelle Seltzer, Esq. (D.C. Bar No. 475482)
                                             U.S. Department of Justice, Antitrust Division
                                             1401 H St., N.W., Suite 4000
                                             Washington, DC 20530
                                             T: (202) 514-0976
                                             F: (202) 307-5802